**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

DAVID CZAPIEWSKI,

Plaintiff,

v. Case No. 25-CV-1370

TONIA ROZMARYNOSKI, MONTREL BRIDGES, and TODD HAMILTON,

Defendants.

---

**ORDER**

---

Plaintiff David Czapiewski, who is representing himself, is proceeding on an Eighth Amendment claim against Defendants Tonia Rozmarynowski, Montrel Bridges, and Todd Hamilton for their alleged deliberate indifference to his safety. (ECF No. 23.) Currently pending before the court is Czapiewski's motion for the court to contact internal affairs. (ECF No. 33.) The defendants did not file a response to the motion.[1]

Czapiewski asks the court to take notice of the prison system of psychological torture and attempted homicide. (*Id.* at 1.) He indicates that he has been placed on

---

[1] The court notes that Czapiewski filed a letter indicating that he never consented to magistrate jurisdiction. (ECF No. 37.) However, the record clearly shows that Czapiewski consented to magistrate jurisdiction on September 16, 2026. (ECF No. 8.) A party may move to withdraw consent to proceed before a magistrate judge only in the event of "extraordinary circumstances." Fed. R. Civ. P. 73(b)(3); *see also Brama v. Target Corp.*, No. 14 CV 6098, 2018 WL 318482, at *3 (N.D. Ill. Jan. 8, 2018). Czapiewski has provided no basis to withdraw consent, and the court therefore considers the issue no further.

restrictions that hinder his phone use. (*Id.* at 2.) He alleges that Rozmarynowski has told inmates to use his daughter against him and has placed inmates near him to exploit his mental health issues and paranoia. (*Id.*at 3.) Czapiewski also alleges that staff and inmates talk about foreign substances in the food to make him believe that he cannot safely eat. (*Id.*) He alleges that Rozmarynoswki is retaliating against him because of this lawsuit. (*Id.* at 4.)

The court will deny Czapiewksi's motion. He did not include a statute or rule stating the basis for his motion as required by Civil Local Rule 7(a). Although the court construes pro se filings liberally, it is unclear what relief he seeks from the court or upon what basis he seeks relief. This case is about the defendants' alleged failure to protect Czapiewski. To the extent that Czapiewski has issues unrelated to this case, he should address those issues either with the prison directly or he may file a new case. The court will therefore deny Czapiewski's motion for the court to contact internal affairs.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Czapiewski's motion for court to contact internal affairs (ECF No. 33) is **DENIED.**

Dated at Milwaukee, Wisconsin on November 10, 2026.

Stephen C. Dries

STEPHEN C. DRIES
United States Magistrate Judge